**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

In re: ANTONIO JONES                §    Case No. 04-75562
                                    §
                                    §
                                    §
           Debtors                  §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/09/2004.

2) The plan was confirmed on 03/18/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/17/2006.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/01/2006, 12/04/2008.

5) The case was converted on 03/16/2009.

6) Number of months from filing or conversion to last payment: 51.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,600.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 52,261.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 52,261.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,700.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,279.34 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,979.34 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PETER FRANCIS GERACI BAR | Lgl | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| DELL FINANCIAL | Sec | 1,979.00 | 200.00 | 200.00 | 200.00 | 14.81 |
| DELL FINANCIAL | Uns | 0.00 | 1,856.72 | 1,856.72 | 89.02 | 0.00 |
| GENERAL MOTORS ACCEPTANCE | Sec | 20,633.00 | 18,575.00 | 8,041.75 | 8,041.75 | 2,599.79 |
| GENERAL MOTORS ACCEPTANCE | Uns | 0.00 | 2,335.41 | 2,335.41 | 111.97 | 0.00 |
| WELLS FARGO BANK N.A. | Con | 0.00 | 0.00 | 0.00 | 33,205.71 | 0.00 |
| WELLS FARGO BANK N.A. | Sec | 2,652.00 | 2,265.65 | 2,265.65 | 2,265.65 | 0.00 |
| AAM, INC. | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN DEPT. ARBIRTRATION | Uns | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 |
| ANDRES BILLING | Uns | 450.00 | 450.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 8,100.00 | 7,479.91 | 7,479.91 | 358.64 | 0.00 |
| SMC | Uns | 800.00 | 737.94 | 737.94 | 35.39 | 0.00 |
| CORPORATE AMERICA CREDIT | Uns | 1,500.00 | 1,604.92 | 1,604.92 | 76.95 | 0.00 |
| CRYSTAL LAKE ORAL | Uns | 51.00 | 51.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 4,200.00 | 4,124.71 | 4,124.71 | 197.77 | 0.00 |
| EQUITY PLUS MORTGAGE | Uns | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 13,700.00 | 13,743.55 | 13,743.55 | 658.97 | 0.00 |
| PRAIRIE POINT MANORS CONCO | Sec | 409.00 | 510.17 | 409.00 | 409.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRAIRIE POINT MANORS CONCO | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GE CONSUMER FINANCE | Uns | 100.00 | 73.22 | 73.22 | 0.00 | 0.00 |
| GREAT BANK ALGONQUIN | Uns | 615.00 | 660.49 | 660.49 | 16.24 | 0.00 |
| JEWEL OSCO / US BANK NA, ND | Uns | 47.00 | 47.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL CASH ADVANCE | Uns | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST DIAGNOSTIC | Uns | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 |
| PROVIDIAN | Uns | 800.00 | 800.00 | 0.00 | 0.00 | 0.00 |
| RETAILERS NATIONAL BANK | Uns | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| SHERMAN HEALTH SYSTEM | Uns | 153.00 | 153.00 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 710.00 | 710.00 | 0.00 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 5,400.00 | 5,400.00 | 0.00 | 0.00 | 0.00 |
| SHORT TERM LOANS LLC | Uns | 200.00 | 196.15 | 196.15 | 0.00 | 0.00 |
| U.S. CELLULAR | Uns | 600.00 | 600.00 | 0.00 | 0.00 | 0.00 |
| PRAIRIE POINT MANORS CONCO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 33,205.71 | $ 0.00 |
| Mortgage Arrearage | $ 2,674.65 | $ 2,674.65 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 8,241.75 | $ 8,241.75 | $ 2,614.60 |
| **TOTAL SECURED:** | $ 10,916.40 | $ 44,122.11 | $ 2,614.60 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 32,813.02 | $ 1,544.95 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,979.34 |
| Disbursements to Creditors | $ 48,281.66 |
| **TOTAL DISBURSEMENTS:** | $ 52,261.00 |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.


Date:  04/21/2009              By:  /s/ Lydia S. Meyer
                                    Trustee


**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.